UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Kaung Thaw, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff*,

- *against* -

The Paul Hotel Inc., Joginder Sharma (a/k/a John Sharma), Safraz Haniff, and Bibi Haniff,

                        *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-05446

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants the Paul Hotel Inc., Joginder Sharma (a/k/a John Sharma), Safraz Haniff, and Bibi Haniff (collectively, the "Defendants"), having offered to allow Plaintiff Kaung Thaw ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), payable as follows:

1. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) payable on or before December 5, 2022; and

2. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) payable on or before December 28, 2022.

inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, in the event that Defendants fail to make payment as described herein, and upon notice of default to Defendants attorney and a three (3) day opportunity to cure, Plaintiff shall be entitled to an additional penalty equal to 150% of any outstanding amounts due, in addition to the recovery of Plaintiff's attorneys' fees and costs;

WHEREAS, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $20,000.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
        New York, New York

                                                  SO ORDERED:

                                                  _____